461 A.2d 877

Commonwealth v. Gieder, Appellant.

Submitted June 9, 1982. Dyran Michael Emuryan, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.